**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 14 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CARL DANIEL JACKSON
ADC #98003                                                                PLAINTIFF

V.                                    2:05CV00026 JMM/HDY

HARMON, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction; RAY HOBBS,
Deputy Director, Arkansas Department of Correction;
and BELL, Kitchen Supervisor, East Arkansas
Regional Unit, Arkansas Department of Correction                  DEFENDANTS

## FINDINGS AND RECOMMENDATION

Pending before the Court is Defendants' Motion to Dismiss (docket entry #14), asking that

Plaintiff's Complaint be dismissed for failure to exhaust administrative remedies. Following the

undersigned's recommendation that this Motion be granted, because Plaintiff had failed to file a

response, Plaintiff did file a response (docket entry #18), consideration of which was referred back

to the undersigned. Upon review of all the pleadings, and in light of the Eighth Circuit's recent

decision in *McAlphin v. Toney*, 375 F.3d 753 (8th Cir. 2004), the Court is not persuaded that Plaintiff

has failed to exhaust administrative remedies. Therefore, the undersigned recommends that the

Motion of Defendants to dismiss for failure to exhaust administrative remedies be denied.

IT IS SO RECOMMENDED this _14_ day of June, 2005.


_____
UNITED STATES MAGISTRATE JUDGE


**20**