IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL JACKSON                                                           PLAINTIFF
ADC #98003

vs.                    CASE NO. 2:05CV00026 JMM/HDY

WARDEN HARMON, et al.                                                  DEFENDANTS

## ORDER

The Court has received findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that the Motion of Defendants to dismiss for failure to exhaust administrative remedies is denied.

IT IS SO ORDERED this \_\_11\_\_ day of \_\_July\_\_, 2005.

_____
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 14 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK