**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CARL DANIEL JACKSON
ADC #98003                                                                                              PLAINTIFF

V.                                       2:05CV00026 JMM/HDY

HARMON, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction; RAY HOBBS,
Deputy Director, Arkansas Department of Correction;
and BELL, Kitchen Supervisor, East Arkansas
Regional Unit, Arkansas Department of Correction                       DEFENDANTS

**ORDER**

In response to the Court's Order of July 22, 2005 (docket entry #24) and in anticipation of the Pre-Jury Evidentiary Hearing scheduled for Monday, October 3, 2005, at 10:00 a.m. in Room #444, in Little Rock, Arkansas, the Plaintiff has submitted a proposed witness list (docket entry #30). Because this scheduled hearing has a limited scope, witnesses other than the parties will not be permitted, as outlined in *Johnson v. Bi-State Justice Center*, 12 F. 3d 133, 135-36 (8th Cir. 1993). Plaintiff's medical evidence will instead be available through his medical records jacket, which will be available to the Court at the hearing.

The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, scheduled for Monday, October 3, 2005, at 10:00 a.m. in Room #444 of the Richard Sheppard Arnold U.S. Courthouse in Little Rock, Arkansas.

IT IS SO ORDERED this __12__ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE